

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| DELORIS PHILLIPS, | § | No. 08-15-00134-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 2 |
| TEXAS DEPARTMENT OF PUBLIC SAFETY, | § | of Dallas County, Texas |
| | § | (TC# CC-14-06421-B) |
| Appellee. | § | |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's third pro se motion for extension of time within which to file the brief until **July 29, 2015.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S PRO SE BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Deloris Phillips, pro se, prepare the Appellant's pro se brief and forward the same to this Court on or before July 29, 2015.

IT IS SO ORDERED this 24th day of June, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.